**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kimberly M. Setlowe | | |
| DEBTOR | : | BKY. NO.  19-13434MDC13 |

**CERTIFICATION OF SERVICE**

I, MICHAEL A. CATALDO, ESQUIRE, attorney for Debtor, do hereby certify that all creditors, trustee and any interested parties including those filing proofs of claims were served by Electronic Means and/or First Class Mail, a copy of the corrected FIRST AMENDED PLAN.

Dated:  December 9, 2019          _____/s/_____
MICHAEL A. CATALDO
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA  19102
(215) 735-1060