**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :    CHAPTER 13
 Kimberly M. Setlowe
             DEBTOR       :    BKY. NO.  19-13434MDC13

## CERTIFICATION OF SERVICE

I, MICHAEL A. CATALDO, ESQUIRE, attorney for Debtor, do hereby certify that all creditors, trustee and any interested parties including those filing proofs of claims were served by Electronic Means and/or First Class Mail, a copy of the corrected FIRST AMENDED PLAN.

Dated:  December 9, 2019              _____/s/_____
                                       MICHAEL A. CATALDO
                                       Cibik & Cataldo, P.C.
                                       1500 Walnut Street, Ste. 900
                                       Philadelphia, PA  19102
                                       (215) 735-1060

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Kimberly M. Setlowe | | |
| DEBTOR | : | BKY. NO.  19-13434MDC13 |

**CERTIFICATION OF SERVICE**

I, MICHAEL A. CATALDO, ESQUIRE, attorney for Debtor, do hereby certify that all creditors, trustee and any interested parties including those filing proofs of claims were served by Electronic Means and/or First Class Mail, a copy of the corrected FIRST AMENDED PLAN.

Dated:  December 9, 2019                     _____/s/_____
MICHAEL A. CATALDO
Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA  19102
(215) 735-1060