**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                                     : Chapter 13

Kimberly M.  Setlowe


    (DEBTOR)                                         : Bankruptcy No. 19-13434MDC13


**P R A E C I P E**


**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly amend the address of above captioned client to:

        1901 Callowhill Street
        Apt. 909
        Philadelphia, PA 19130


Date: May 9, 2024                              BY:  /s/ Michael A. Cibik_____
                                           MICHAEL A. CIBIK, ESQUIRE
                                           Cibik Law, P.C.
                                         1500 Walnut Street, Suite 900
                                         Philadelphia, PA  19102
                                         215-735-1060/Fax 215-735-6769