Certificate Number: 16339-PAE-DE-038580071

Bankruptcy Case Number: 19-13434



16339-PAE-DE-038580071

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2024, at 1:03 o'clock PM EDT, Kimberly Setlowe completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 17, 2024        By:    /s/Kelley Tipton

                            Name:  Kelley Tipton

                            Title: Certified Financial Counselor