United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13434-amc |
| Kimberly M. Setlowe | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jul 11, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly M. Setlowe, 1901 Callowhill Street, Apt 909, Philadelphia, PA 19130-0018 |
| 14357794 | #+ | American Honda Finance Corporation, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3125 |
| 14337934 | + | Cityn of Virginia Beach, John T. Atkinson, Treasurer, 2401 Courthouse Dr, VA Beach, VA 23456-9018 |
| 14347952 | + | Jefferson Health, 833 Chestnut Street, Suite 115, Philadelphia, PA 19107-4401 |
| 14348234 | | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14366696 | | Navient Solutions, LLC. on behalf of, Florida Department of Education, Office of Student Financial Assistance (, PO BOX 7019, Tallahassee, FL 32314-7019 |
| 14337950 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14348252 | + | Philadelphia Parking Authority Bankruptcy Departme, 701 Market Street, Philadelphia, PA 19106-2895 |
| 14347950 | | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 14337956 | + | Vital Recovery Services LLC, PO BOX 923474, Peachtree CORS, GA 30010-3474 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14339678 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 12 2024 00:01:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14337921 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 12 2024 00:01:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 14337358 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 12 2024 00:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14347957 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 00:16:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14337922 | + | Email/PDF: bncnotices@becket-lee.com | Jul 12 2024 00:15:07 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14337923 | + | Email/Text: bk@avant.com | Jul 12 2024 00:02:00 | Avant, 222 N. LaSalle St., Suite 1700, Chicago, |

District/off: 0313-2   User: admin   Page 2 of 5
Date Rcvd: Jul 11, 2024   Form ID: 138OBJ   Total Noticed: 63

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Illinois 60601-1101 |
| 14337924 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 12 2024 00:01:00 | Barclays Bank Delaware, Attn: Correspondence, PO Box 8801, Wilmington, DE 19899-8801 |
| 14337931 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:01:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14337932 | | Email/Text: megan.harper@phila.gov | Jul 12 2024 00:01:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14337935 | | Email/Text: Webcollex@ebn.phinsolutions.com | Jul 12 2024 00:01:47 | CKS Financial, PO BOX 2856, Chesapeke VA 23327-2856 |
| 14337925 | | Email/Text: cms-bk@cms-collect.com | Jul 12 2024 00:01:00 | Capital Management Services, 698 1/2 South Ogfen Street, Buffalo, NY 14206-2317 |
| 14347954 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 00:14:38 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy Department, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14337926 | + | Email/Text: bankruptcy@cavps.com | Jul 12 2024 00:01:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14337356 | + | Email/Text: bankruptcy@cavps.com | Jul 12 2024 00:01:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14347951 | + | Email/Text: jessicaoehrlein@cpcrecovery.com | Jul 12 2024 00:02:00 | Central Portfolio Control, 10249 Yellow Circle Drive, Suite 200, Minnetonka, MN 55343-9111 |
| 14337928 | + | Email/Text: ecf@ccpclaw.com | Jul 12 2024 00:01:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14337930 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 00:15:38 | Citi, PO box 790040, St Louis, MO 63179-0040 |
| 14348221 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Phila PA 19101-1819 |
| 14337933 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:02:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14420763 | + | Email/Text: vbbk4you@vbgov.com | Jul 12 2024 00:01:00 | City of Virginia Beach, 2401 Courthouse Drove, Bldg1, Virginia Beach VA 23456-9120 |
| 14337937 | | Email/Text: mrdiscen@discover.com | Jul 12 2024 00:01:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14337936 | + | Email/Text: mrdiscen@discover.com | Jul 12 2024 00:01:00 | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14338236 | | Email/Text: mrdiscen@discover.com | Jul 12 2024 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14545937 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2024 00:01:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14337938 | | Email/Text: bankruptcycourts@equifax.com | Jul 12 2024 00:01:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14337939 | ^ | MEBN | Jul 11 2024 23:52:29 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14337940 | | Email/Text: data_processing@fin-rec.com | Jul 12 2024 00:01:00 | Financial Recovery Services INC, PO BOX 385908, Minneapolis, MN 55438-5908 |
| 14337941 | | Email/Text: GCSBankruptcy@gcserv.com | Jul 12 2024 00:01:00 | Gc Services Limited Partnership, PO BOX 1280, Oaks, PA 19456-1280 |
| 14337942 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 12 2024 00:02:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14337943 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 00:01:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14337927 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 19-13434-amc   Doc 49   Filed 07/13/24   Entered 07/14/24 00:35:07   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 14348847 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 12 2024 00:31:45 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 14348428 | + | Email/Text: RASEBN@raslg.com | Jul 12 2024 00:32:18 | JPMorgan Chase Bank, N.A., PO BOX 15368, Wilmington DE 19850 |
| 14348234 | ^ | MEBN | Jul 12 2024 00:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14337133 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 11 2024 23:53:24 | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14337945 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 12 2024 00:16:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14347953 | ^ | MEBN | Jul 12 2024 00:15:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14337946 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2024 23:52:47 | MRS BPO, L.L.C., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14337947 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 00:01:00 | Midland Credit Management, 8875 Aero Drive, San Diego CA 92123-2255 |
| 14361464 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2024 00:01:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14337949 | + | Email/PDF: pa_dc_claims@navient.com | Jul 12 2024 00:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14337952 | ^ | MEBN | Jul 12 2024 00:32:18 | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14337954 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 11 2024 23:52:34 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14348253 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 00:32:15 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14370070 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 01:02:50 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14348250 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 12 2024 00:32:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14337951 | | Email/Text: bankruptcygroup@peco-energy.com | Jul 12 2024 00:01:00 | Peco Energy, 2301 Market Street # N 3-1 Legal Departm, Philadelphia PA 19103-1380 |
| 14337953 | + | Email/Text: bankruptcy@philapark.org | Jul 12 2024 00:01:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14355490 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2024 00:02:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14352142 | | Email/Text: bnc-quantum@quantum3group.com | Jul 12 2024 00:01:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14335474 | ^ | MEBN | Jul 12 2024 00:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14337955 | | Email/Text: DASPUBREC@transunion.com | Jul 11 2024 23:53:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| | | | Jul 12 2024 00:01:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |

TOTAL: 54

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14348219 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14348223 | * | CKS Financial, PO BOX 2856, Chesapeke VA 23327-2856 |
| 14348216 | *+ | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14337929 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14348217 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14348218 | *+ | Citi, PO box 790040, St Louis, MO 63179-0040 |
| 14348220 | *+ | City of Philadelphia Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102-1504 |
| 14348222 | *+ | Cityn of Virginia Beach, John T. Atkinson, Treasurer, 2401 Courthouse Dr, VA Beach, VA 23456-9018 |
| 14348225 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 14348224 | *+ | Discover, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14348226 | *P++ | EQUIFAX INC, 1550 Peachtree Street NE, Atlanta, GA 30309, address filed with court:, Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14348227 | *+ | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14348228 | * | Financial Recovery Services INC, PO BOX 385908, Minneapolis, MN 55438-5908 |
| 14348229 | *P++ | GC SERVICES LIMITED PARTNERSHIP, 6330 GULFTON STREET, HOUSTON TX 77081-1198, address filed with court:, Gc Services Limited Partnership, PO BOX 1280, Oaks, PA 19456-1280 |
| 14348230 | *+ | Genesis Bc/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14348231 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14337944 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 600 Arch Street room 5200, Philadelphia, PA 19106 |
| 14348232 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 600 Arch Street room 5200, Philadelphia, PA 19106 |
| 14348235 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14348246 | *+ | MRS BPO L.L.C., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14348236 | *+ | Midland Credit Management, 8875 Aero Drive, San Diego CA 92123-2255 |
| 14348245 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14348247 | * | Nationwide Credit INC, PO BOX 14581, Des Moines, IA 50306-3581 |
| 14348248 | *+ | Navient, Attn: Bankruptcy, PO Box 9000, Wiles-Barr, PA 18773-9000 |
| 14348249 | * | PA Dept. of Revenue Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14348251 | *+ | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14348254 | * | Stoneleigh Recovery Associates, LLC, P.O. Box 1479, Lombard, IL 60148-8479 |
| 14348255 | *P++ | TRANSUNION, 555 W ADAMS, CHICAGO IL 60661-3631, address filed with court:, Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14348256 | *+ | Vital Recovery Services LLC, PO BOX 923474, Peachtree CORS, GA 30010-3474 |
| 14337948 | ## | Nationwide Credit INC, PO BOX 14581, Des Moines, IA 50306-3581 |

TOTAL: 0 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kimberly M. Setlowe help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 4

Form 138OBJ (6/24)−doc 48 − 47

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Kimberly M. Setlowe ) Case No. 19−13434−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 10, 2024

For The Court

Timothy B. McGrath
Clerk of Court